IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ADAM BARTLETT | ) CASE NO.: |
| | ) |
| Plaintiff, | ) JUDGE: |
| | ) |
| v. | ) |
| | ) AFFIDAVIT OF MERIT R. CIV PRO. |
| CUYAHOGA COUNTY, et al., | ) 10(D)(2) |
| | ) |
| Defendants. | ) |

State of New York      )
                       ) SS:
County of Onondaga     )

James Knoll, M.D., being duly sworn, states the following to be true:

1. I submit this Affidavit of Merit in accordance with Ohio Civil Rule 10(D)(2)(a).

2. I am licensed to practice in New York State

3. I am board certified in both general and forensic psychiatry.

4. I devote at least one-half of my professional time to the active practice of medicine, or to its instruction at the State University of New York, Upstate Medical University in Syracuse, NY.

5. I have reviewed all medical records reasonably available to Plaintiff concerning the

allegations contained in the Complaint.

6. I am familiar with the applicable standard of care in this case.

7. It is my opinion that the standard of care was breached by Defendants, and such breach was a direct and proximate cause of the injuries to Plaintiff Adam Bartlett.

James L. Knoll, IV, M.D.

Sworn to and subscribed by James Knoll, M.D. before me on this 24 day of May 2017.

Notary Public

LINETTE L THORP
NOTARY PUBLIC-STATE OF NEW YORK
No. 01TH6240901
Qualified in Onondaga County
My Commission Expires 5/9/19