Michael T. Puerini, M.D.

# Curriculum Vitae

**Michael T. Puerini, M.D.**
503 551 7473
**ssnag@yahoo.com**

BIRTHDATE:
BIRTH PLACE:
LANGUAGES:  English, Spanish, French

## CERTIFICATION AND LICENSURE

| | |
|---|---|
| Certified Correctional Health Professional | 1998-present |
| Licensure, State of Oregon | 1987–present |
| Board Eligible in Family Medicine | 1987–present |
| Diplomate, American Board of Family Practice | 1987, 1994, 2001 |
| Diplomate, National Board of Medical Examiners | 1985 |

## EDUCATION

| | |
|---|---|
| HIGH SCHOOL: | CLASSICAL HIGH SCHOOL<br>Providence, Rhode Island<br>Graduated 1973 |
| COLLEGE: | CREIGHTON UNIVERSITY<br>Omaha, Nebraska<br>Bachelor of Science, Biology<br>Graduated Magna Cum Laude, May, 1977<br>Student Board of Governors 1976-7 |
| MEDICAL SCHOOL: | CREIGHTON UNIVERSITY<br>School of Medicine<br>Omaha, Nebraska<br>Medical Doctor<br>Graduated May, 1984 |
| INTERNSHIP AND RESIDENCY: | BROWN UNIVERSITY<br>Memorial Hospital of Rhode Island<br>Department of Family Medicine<br>Residency Completed June, 1987<br>Chief Family Medicine Resident 1986-7 |

Michael T. Puerini, M.D.

**PROFESSIONAL ASSOCIATION**

| | |
|---|---|
| National Commission on Correctional Health Care (NCCHC) | 1997-present |
|     Physician Accreditation Surveyor | 2000-present |
| American College of Correctional Physicians (previously Society of Correctional Physicians | 1997-present |
|     Board of Directors | 2005-2015 |
|     Chair, Policy and Practice Steering Committee | 2006-2011 |
|     President-Elect | 2009-2011 |
|     President | 2011-2013 |
|     Immediate Past President | 2013-2015 |
|     Education Committee | 2006-present |
| Academy of Correctional Health Professionals | 2000-present |
| | |
| American Academy of Family Practice | 1986-2004 |
| Oregon Academy of Family Practice | 1986-2004 |
| National Hospice Organization | 1989-1992 |
| | |
| American Medical Student Association | 1980-1984 |
|     Local Chapter President | 1981-1982 |
|     Delegate to National Convention | 1981 |
|     Organizer, Regional Convention | 1982 |

**AWARDS AND HONORS**

| | |
|---|---|
| Fellow in Correctional Medicine, American College of Correctional Physicians | 2015 |
| Certified Correctional Health Professional (CCHP) | 1998-2007 |
| CCHP-Advanced | 2007-present |
| NCCHC Program of the Year Runner-up Prerelease Program, OSCI | 2005 |
| Lebanon Community Hospital, recognition for Leadership, as founding Medical Director of a Community Clinic for the Indigent | 1992 |
| Chief Resident for Family Medicine | 1986–1987 |
| Magna Cum Laude, Creighton University | 1977 |

**STAFF PRIVILEGES**

Salem Memorial Hospital
Salem, Oregon    Institutional/Associate Privileges    1993–present

Lebanon Community Hospital
Lebanon, Oregon    Active Medical Staff    1987–1992

**ADDITIONAL PROFESSIONAL ACTIVITIES**

Michael T. Puerini, M.D.

| | |
|---|---|
| NCCHC Transitional Health Care Advisory Committee, Chicago Illinois | November 12-14, 2007 |
| Assistant Professor, Department of Pediatrics Oregon Health Sciences University | 1995–1997 |
| Lebanon Community Clinic (For those who could not access medical care due to financial reasons) Founding Medical Director | 1991–1992 |
| Lebanon Basic Services Center (Indigent Care) Board Member, Vice President | 1989–1992 |
| Lebanon Community Hospital Hospice Medical Director | 1989–1992 |
| Memorial Hospital of Rhode Island Various Committees | 1985–1987 |
| Chief Resident, Family Medicine Department | 1986–1987 |

## OCCUPATIONAL EXPERIENCE

| | |
|---|---|
| Oregon Department of Corrections | 1997-present |
|     OSCI Chief Medical Officer | 1998-2016 |
|     Nursing Protocol Committee | 2004-present |
|         Chair | 2007-2017 |
|     Assistant to the Medical Director | 2005-2017 |
|     Continuing Medical Education Coordinator, ODOC | 2006-present |
|     Pharmacy and Therapeutics Committee | 2010-2016 |

**Retired from full time position May 2016, now working part time, with many responsibilities the same. Some ongoing direct patient care responsibilities.**

| | |
|---|---|
| Hillcrest Youth Correctional Facility | 1992–2005 |
| Urgency Care Center | 1992-1997 |
| Fairview Training Center, Staff Physician | 1992-1996 |
| Private Practice, Family Medicine – Lebanon, Oregon | 1987–1992 |
| Assistant Linn County Medical Examiner | 1988–1992 |
| House Physician, Kent County Memorial Hospital Warwick, Rhode Island | 1986–1987 |
| Outdoor education teacher, high school teacher, State Hospital assistant teacher, waiter | 1974–1982 |

## MEDICAL PRESENTATIONS

"Glucose Monitoring", NCCHC National Conference, November 13, 2001

"Malingering", Society of Correctional Physicians Conference, October 20, 2002

Michael T. Puerini, M.D.

"Integrating Spirituality into our Work in Corrections", NCCHC National Conference, October 7, 2003

"Release Planning: Developing an Integrated and Comprehensive System", NCCHC National Conference, November 15, 2004

"Meeting Demands of Inmates: The Mattress, the Shoe and the Provider", NCCHC National Conference, October 11. 2005

"Appropriate Answers to Patients' Nonmedical Requests", NCCHC National Conference, November 1, 2006

"Primary Care Management of the Difficult Patient", Oregon DOC Medical Meeting, April 11, 2008

"Managing the Difficult Patient, NCCHC National Conference, October 20, 2009

"Medical Needs and Wants", Oregon DOC Medical Meeting, May 13, 2010

"Power and Politics—Negotiating the Doctor/Nurse Relationship", NCCHC National Conference, October 11, 2010

"Putting Pain in Perspective", NCCHC National Conference, October 12, 2010

"Management Tools for Chronic Non-malignant Pain Syndromes", ODOC Medical Meeting, November 5, 2010

"Chronic Pain and the Incarcerated Patient", Oregon Chapter Meeting American Correctional Health Services Association, March 11, 2011

"National Involvement—Why Does it Matter? ", ODOC Medical Meeting, April 5, 2012

"Healthy Professionalism in Atypical Medical Environments", Oregon Society of Radiology Technologists Annual Meeting, April 12, 2012

"Medical Directors' Roundtable: Do it Yourself CME", NCCHC National Conference, October 23, 2012

"USPSTF Recommendations—Evidence Based Prevention", ODOC Medical Meeting, May16, 2013

"The Difficult Patient", NCCHC Clinical Updates Conference, April 13, 2014
"Pitfalls and Solutions" (Panel discussion--Working as a team with difficult patients with personality disorders), ODOC Medical Meeting, April 17, 2014

"Evidence Review of Braces and Sports Supports", ODOC Medical Meeting, September 11, 2014

"Case Presentations", Society of Correctional Physicians National Conference, October 19, 2014

Michael T. Puerini, M.D.

"The Evidence for the Physical Exam", Society of Correctional Physicians National Conference, October 19, 2014

"Strategies to Improve Patient Safety and Professional Satisfaction" (Working with difficult patients with personality disorders), NCCHC National Conference, October 21, 2014

"Core of Correctional Medicine—Medical Necessity and Perks", ODOC Medical Meeting, September 10, 2015

"Case Presentations and Panel Discussion—Medical/Mental Health Interface ", ODOC Medical Meeting,  March 31, 2016

"How to Say 'NO' and Still Be a Patient Advocate",  ODOC Medical Meeting, September 8, 2016

"Personality Disorder in Corrections—Affliction, Identity, Label", with Sharen Barboza, PhD, CCHP-MH, NCCHC National Conference, October 25, 2016

## PUBLICATIONS

Puerini, MD, CCHP, Michael T., "Malingering--a Label or a Lying Patient?", **Corrdocs,** Summer, 2003

Puerini, MD, CCHP, Michael T. and Shelton, MD, CCHP-A, Steven, "Doc, I Gotta Have That Pillow!  When Requests for 'Comfort' and Care Collide", **Correct Care,** Winter, 2006

Puerini, MD, CCHP-A, Michael T., "Managing the Difficult Patient Interaction", **Corrdocs,** September 2, 2008

Puerini, MD, CCHP, Michael T., Continuing Education for Docs--How the Oregon DOC Provides High-Quality CME on a Shoestring Budget, **Correct Care,** Winter, 2008

Puerini, MD,  CCHP-A, Michael T, and Rieger, MD, MPH, Dean, "CorrEthics Column", **Corrdocs,**  Quarterly Publication, Winter, 2009-Fall, 2011

Puerini, MD, CCHP-A, Michael T., President's Column, **Corrdocs**, Quarterly Publication, Fall, 2011-Fall, 2013

Puerini, MD, CCHP-A, Michael T., Point/Counterpoint Letters to the Editor re: Strategies in Treating Hepatitis C, **Corrdocs**, Quarterly Publication, Summer, 2015

Puerini, MD, CCHP-A, Michael T., Oregon's Utilization Review: Another Perspective, **Corrdocs**, Quarterly Publication, Spring, 2016

## EXPERT WITNESS TESTIMONIAL HISTORY

Stefan Woodson v. City of Richmond, Virginia, et. al., Deposition, November 24, 2014

Michael T. Puerini, M.D.

**CONSULTING**

State of Wyoming, Site Visits, all facilities, with Dr. B. Jaye Anno, Ph.D, May and August 2015. Western Correctional Consultants, LLC formed March, 2016. Wyoming Site Visits April, 2016. Contract awarded January, 2017 for quarterly health care site visits health care review, and technical consulting.

**PROFESSIONAL INTERESTS**

Correctional Health Care, Hospice, Behavioral Sciences, Continuing Medical Education, Counseling, Physical and Developmental Disabilities, Medical Ethics, Politics

**References Available Upon Request**