UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
--------------------------------------------------
                                          :
ADAM BARTLETT,                            :            CASE NO. 1:17-cv-1796
                                          :
            Plaintiff,                    :
                                          :
      vs.                                 :            JUDGMENT
                                          :
CUYAHOGA COUNTY, *et al.*,                 :
                                          :
            Defendants.                   :
                                          :
--------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

        The Court has issued its opinion in the above-captioned matter.  For the reasons stated in that

opinion, this Court **GRANTS** Defendants' motions for summary judgment and **DISMISSES** this suit

against Defendants.  Accordingly, this action is terminated under Federal Rule of Civil Procedure 58.


        IT IS SO ORDERED


Dated:  May 22, 2018                          *s/         James S. Gwin*
                                              JAMES S. GWIN
                                              UNITED STATES DISTRICT JUDGE